NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: FCA US LLC,**
*Appellant*

---

2018-2069

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 85650654.

---

**JUDGMENT**

---

WILLIAM BRYNER, Kilpatrick Townsend & Stockton LLP, Winston-Salem, NC, argued for appellant FCA US LLC.

CHRISTINA J. HIEBER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, THOMAS L. CASAGRANDE, JOSEPH MATAL, MARY BETH WALKER.

MARIA CRIMI SPETH, Jaburg Wilk, P.C., Phoenix, AZ, for amicus curiae Moab Industries, LLC. Also represented by AARON KEITH HAAR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>October 2, 2019</u> | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |